**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone (310) 203-2242**
**Facsimile (310) 203-2287**

**Attorney For Plaintiffs**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA S. ABDALLAH,<br>RAMY G. ATIA,<br>JOMANA R. ATIA,<br>CATRIN R. ATIA | Case No.:    8:22-cv-1801 |
| Plaintiffs, | **COMPLAINT FOR:** |
| vs. | **1) DECLARATORY<br>   AND INJUNCTIVE RELIEF**<br>**2) WRIT IN THE NATURE OF<br>   IMMIGRATION MANDAMUS** |
| UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY; UNITED<br>STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES; LOS<br>ANGELES ASYLUM OFFICE; DAVID<br>RADEL; ALEJANDRO MAYORKAS;<br>UR M. JADDOU; TED H. KIM;<br>MATTHEW D. EMRICH;<br>CHRISTOPHER A. WRAY AND DOES<br>1-10, | |
| Defendants. | |

By and through her undersigned counsel, Plaintiffs AMIRA S. ABDALLAH;
RAMY G. ATIA; JOMANA R. ATIA; CATRIN R. ATIA ("Plaintiff(s)") brings this action,
individually or derivatively on behalf of AMIRA S. ABDALLAH

## INTRODUCTION

1. This action is brought by Plaintiff Amira S. Abdallah, derivative spouse Ramy G. Atia, and derivative children Jomana R. Atia and Catrin R. Atia by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of June 9, 2016, and which has still not been called for an interview.

2. On May 14, 2016, Plaintiff(s) came to the United States at Los Angeles on a B2 visa and have stayed in the US ever since. On June 9, 2016, Plaintiff(s) submitted an I-589 Application for Asylum and Withholding of Removal to the California Service Center which was subsequently assigned for processing and adjudication to the Defendant Los Angeles Asylum Office. *See* **(Exhibit A-I-589 Application for Asylum and Withholding of Removal and Receipt Notice).** Plaintiff(s) Amira S. Abdallah, derivative spouse Ramy G. Atia, and derivative children Jomana R. Atia and Catrin R. Atia sought asylum in the United States of America based on past persecution and/or a well-founded fear of returning to Egypt on account of Plaintiff Amira S. Abdallah's membership in a particular social group as a victim of FGM (Female Genital Mutilation) and on account of her Coptic Christian religion.

3. After submitting their application for asylum, Defendant USCIS instructed Plaintiff Amira S. Abdallah, her derivative spouse and children to present themselves to biometric inspection at a designated USCIS Application Support Center. Plaintiff, her derivative

spouse, and derivative children were instructed to present themselves at a designated USCIS Application Support Center between 06/18/2016 to 07/02/2016. *See* **(EXHIBIT B- I-797 Notice of Action- Fingerprint Notifications).** Plaintiff Amira S. Abdallah and her derivatives did appear at the designated Application Support Center during the appointed time-frame and provided their biometric information.

4. After Plaintiff(s) provided their biometric information, neither Defendant USCIS nor Los Angeles Asylum Office nor any of the other named Defendants communicated with Plaintiff(s) about the exact date their asylum interview would be scheduled. Note: Plaintiff(s) received a notice from Defendant Los Angeles Asylum Office confirming Plaintiff's request to add their name to the Standby List for an Affirmative Asylum Interview had been approved on July 21, 2021. *See* (**EXHIBIT C-USCIS Los Angeles Asylum Office Standby List Acceptance Letter).** Note: Plaintiff(s) affirmatively contacted their Congressional Representative, Rep. Michelle Steel, CA48, who subsequently filed an inquiry on their behalf. On August 29, 2022, The Defendants Los Angeles Asylum Office, Refugee, Asylum, and International Operations, U.S. Citizenship and Immigration Services, and Department of Homeland Security responded to the inquiry but did not provide the Plaintiff(s) with an interview date. The Plaintiff(s) had been waiting for more than 6 years for their interview date at this point. *See* (**EXHIBIT D- USCIS Los Angeles Asylum Office Response to Congresswoman Rep. Michelle Steel, CA48, inquiry on behalf of the Plaintiff(s)).** Plaintiff(s) have no way of knowing how much longer they will have to wait in order to testify in support of their application for asylum. Plaintiff  Amira S. Abdallah, her derivative spouse, and her

derivative children are unable to plan for their future and are forced to endure the constant uncertainty of the possibility their application will be denied and referred to The Executive Office for Immigration Review (EOIR).

5. Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff 's asylum application for an interview which has been pending now for over 6 years. Plaintiff(s) seek to compel Defendants, through a writ of mandamus, to schedule an interview for the pending asylum application.

## **PARTIES**

6. Plaintiff(s) Amira S. Abdallah, derivative spouse Ramy G. Atia, and derivative children Jomana R. Atia and Catrin R. Atia are citizens of Egypt and came to the United States on B2 visas on May 14, 2016. Plaintiff(s) filed their I-589 Application for Asylum and Withholding of Removal on June 9, 2016.

7. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and Los Angeles Asylum office and officers named as defendants in this complaint.

8. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

9. Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

10. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official capacity, as he is charged with overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

11. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

12. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff's asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

13. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and it requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

14.  Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

15.  Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## JURISDICTION

16.  The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or  aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff(s) suffered a legal wrong and continue to suffer because of the Defendents' failure to act upon the pending Asylum application for indefinite periods of time.

17.  The Court has jurisdiction over the present action pursuant to 8 C.F.R, § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-

706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance,…no balancing of factors is required or permitted."

## **VENUE**

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiff(s) resides in Aliso Viejo, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

## **EXHAUSTION OF REMEDIES**

20. Plaintiff(s) have no administrative remedies. Since Plaintiff and her derivative spouse and derivative children received their notification to process their biometric information between 06/18/2016 to 07/02/2016**,** Plaintiff(s) have received no clear correspondence or communication from Defendant USCIS nor Los Angeles Asylum Office about how much

longer they will have to wait for the pending asylum application to be called for an interview. Plaintiff(s) did receive responses from Defendant USCIS and Los Angeles Asylum Office following an inquiry by Congresswomen Rep. Michelle Steel, CA48, filed on their behalf on August 29, 2022, however, Defendant's response did not provide an asylum interview date. Plaintiff(s) had been waiting over 6 years at this point to have their asylum claim heard at the Los Angeles Asylum Office. There are no administrative remedies for neglect of duty.

### CAUSE OF ACTION

21. Pursuant to 8 U.S.C §1158, Plaintiff(s) Amira S. Abdallah, her derivative husband, and derivative children filed an application for Asylum and Withholding of Removal on June 9, 2016.

22. Since filing their Application, Plaintiff(s) Amira S. Abdallah, her derivative spouse, and derivative children have not received any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date their Asylum interview will be scheduled. Plaintiff(s) Amira S. Abdallah, her derivative spouse, and derivative children, therefore, have no way of knowing how much longer the scheduling process will take.

23. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

24. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

25. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been over 6 years since Plaintiff(s) Amira S. Abdallah, her derivative spouse, and derivative children applied for Asylum. Plaintiff(s) have yet to receive an interview date for their case.

26. Plaintiff(s) have no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

## **CLAIM FOR RELIEF**

29. Plaintiff's claim in this action is clear and certain. Plaintiff(s) realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff(s) is entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

30. As a result of the Defendants' failure to adequately perform their duties, Plaintiff(s) have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

    a. Plaintiff(s) have been irreparably damaged from the fear of not knowing or ability to prepare for their future concerning what will happen with their asylum case for 6 years. Plaintiff(s) Amira S. Abdallah, her derivative spouse, and derivative children have been constantly hoping to have the case scheduled for an interview so their case

could then be adjudicated and she and her family can progress with their lives. Due to the abnormally long wait and lack of certainty surrounding when their asylum case will be heard, Plaintiff, her derivative spouse, and derivative children are enduring significant psychological trauma.

b. The delay is causing irreparable harm to Plaintiff(s) who are not able to progress with their lives in the United States without fear of being forced to return to Egypt, a country where upon return it is reasonable to believe she and her family will be persecuted, tortured, or killed.

31. The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying action on Plaintiff(s) Amira S. Abdallah, her derivative spouse, and derivative children's application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to their case.

32. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate in this matter.

33. Plaintiff(s) Amira S. Abdallah, her derivative spouse, and derivative children have attempted to learn about the status of their pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office can make decisions on scheduling an asylum interview, leaving no adequate remedy.

Accordingly, Plaintiff(s) have been forced to pursue the instant action.

## **PRAYER**

34.    WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff(s) respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    a.    Accept jurisdiction and maintain continuing jurisdiction in this action;

    b.    Declare as unlawful the violation by Defendants  of failing to act on a properly filed Asylum and Withholding of Removal application;

    c.    Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

    d.    Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff(s) Amira S. Abdallah, her derivative spouse, and derivative children's asylum application by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

    e.    Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff(s) Amira S. Abdallah, her derivative spouse, and derivative children's Withholding of Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

    f.    Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

    g.    Grant such relief at law and in equity as justice may require.

Dated: October 3, 2022

Respectfully Submitted,

/s/ Gihan L. Thomas

_____
Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

1
2
3
4

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS AMIRA S. ABDALLAH ET AL. v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL.**

5

**EXHIBIT**                                                                 **PAGES**

6
7

**A.** I-589 Application for Asylum and Withholding of Removal and          1-17
Receipt Notice

8
9

**B.** I-797 Notice of Action- Fingerprint Notifications of Plaintiff(s)    18-21

10

**C.** USCIS Los Angeles Asylum Office Standby List Acceptance Letter       22

11
12
13

**D.** USCIS Los Angeles Asylum Office Response to Representative           23-24
Michelle Steel, CA48 inquiry on behalf of the Plaintiff(s)
(highlighted section)

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

## I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.**

**NOTE:** Check this box if you also want to apply for withholding of removal under the Convention Against Torture. ☒

### Part A.I.  Information About You

| 1. Alien Registration Number(s) (A-Number) (if any)  None | 2. U.S. Social Security Number (if any)  None |
|---|---|

| 3. Complete Last Name  ABDALLAH | 4. First Name  Amira | 5. Middle Name  Sobhy Mikhael |
|---|---|---|

**6. What other names have you used** *(include maiden name and aliases)?*
Mariam (baptism name)

**7. Residence in the U.S.** *(where you physically reside)*

| Street Number and Name  23592 Windsong | Apt. Number  #37G |
|---|---|

| City  Aliso Viejo | State  CA | Zip Code  92656 | Telephone Number  (949)501-2333 |
|---|---|---|---|

**8. Mailing Address in the U.S.** *(if different than the address in Item Number 7)*

| In Care Of (if applicable):  Same as above | Telephone Number |
|---|---|

| Street Number and Name | Apt. Number |
|---|---|

| City | State | Zip Code |
|---|---|---|

| 9. Gender: ☐ Male  ☒ Female | 10. Marital Status: ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed |
|---|---|

| 11. Date of Birth (mm/dd/yyyy)  04/20/1985 | 12. City and Country of Birth  Giza          Egypt |
|---|---|

| 13. Present Nationality (Citizenship)  Egyptian | 14. Nationality at Birth  Egyptian | 15. Race, Ethnic, or Tribal Group  White | 16. Religion  Coptic Christian |
|---|---|---|---|

**17.** *Check the box, a through c, that applies:* **a.** ☒ I have never been in Immigration Court proceedings.

**b.** ☐ I am now in Immigration Court proceedings.  **c.** ☐ I am not now in Immigration Court proceedings, but I have been in the past.

**18. Complete 18 a through c.**

**a.** When did you last leave your country? *(mmm/dd/yyyy)* 05/14/2016  **b.** What is your current I-94 Number, if any? 96303199830

**c.** List each entry into the U.S. beginning with your most recent entry.  *List date (mm/dd/yyyy), place, and your status for each entry.* *(Attach additional sheets as needed.)*

| Date 05/14/2016 | Place Los Angeles, CA | Status B-2 | Date Status Expires 11/13/2016 |
|---|---|---|---|
| Date | Place | Status | |
| Date | Place | Status | |

| 19. What country issued your last passport or travel document?  Egypt | 20. Passport Number A15031990  Travel Document Number None | 21. Expiration Date (mm/dd/yyyy)  04/07/2022 |
|---|---|---|

| 22. What is your native language (include dialect, if applicable)?  Arabic | 23. Are you fluent in English?  ☐ Yes  ☒ No | 24. What other languages do you speak fluently?  None |
|---|---|---|

| For EOIR use only. | For USCIS use only. | Action:  Interview Date: _____  Asylum Officer ID#: _____ | Decision:  Approval Date: _____  Denial Date: _____  Referral Date: _____ |
|---|---|---|---|

**- 1 -**

Form I-589 (Rev. 12/29/14) Y

## Part A.II. Information About Your Spouse and Children

**Your spouse**         ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)*<br>None | 2. Passport/ID Card Number *(if any)*<br>A15047364 | 3. Date of Birth *(mm/dd/yyyy)*<br>11/14/1976 | 4. U.S. Social Security Number *(if any)*<br>None |
|---|---|---|---|
| 5. Complete Last Name<br>ATIA | 6. First Name<br>Ramy | 7. Middle Name<br>Girgis Nasif | 8. Maiden Name |

| 9. Date of Marriage *(mm/dd/yyyy)*<br>09/18/2007 | 10. Place of Marriage<br>Giza, Egypt | 11. City and Country of Birth<br>Cairo          Egypt |
|---|---|---|

| 12. Nationality *(Citizenship)*<br>Egyptian | 13. Race, Ethnic, or Tribal Group<br>White | 14. Gender<br>☒ Male    ☐ Female |
|---|---|---|

**15. Is this person in the U.S.?**
☒ Yes *(Complete Blocks 16 to 24.)*    ☐ No *(Specify location):*

| 16. Place of last entry into the U.S.<br>Los Angeles,CA | 17. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>05/14/2016 | 18. I-94 Number *(if any)*<br>96303195130 | 19. Status when last admitted *(Visa type, if any)*<br>B-2 |
|---|---|---|---|
| 20. What is your spouse's current status?<br>Visitor | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>11/13/2016 | 22. Is your spouse in Immigration Court proceedings?<br>☐ Yes  ☒ No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)*<br>None |

**24. If in the U.S., is your spouse to be included in this application?**  *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**Your Children.** List all of your children, regardless of age, location, or marital status.

☐ I do not have any children.  *(Skip to Part A.III., Information about your background.)*

☒ I have children.    Total number of children:  **2**

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)*<br>None | 2. Passport/ID Card Number *(if any)*<br>A15152731 | 3. Marital Status *(Married, Single, Divorced, Widowed)*<br>Single | 4. U.S. Social Security Number *(if any)*<br>None |
|---|---|---|---|
| 5. Complete Last Name<br>ATIA | 6. First Name<br>Jomana | 7. Middle Name<br>Ramy Girgis Nasif | 8. Date of Birth *(mm/dd/yyyy)*<br>12/31/2009 |
| 9. City and Country of Birth<br>Giza          Egypt | 10. Nationality *(Citizenship)*<br>Egyptian | 11. Race, Ethnic, or Tribal Group<br>White | 12. Gender<br>☐ Male   ☒ Female |

**13. Is this child in the U.S.?** ☒ Yes *(Complete Blocks 14 to 21.)*    ☐ No *(Specify location):*

| 14. Place of last entry into the U.S.<br>Los Angeles, CA | 15. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>05/14/2016 | 16. I-94 Number *(If any)*<br>96303202530 | 17. Status when last admitted *(Visa type, if any)*<br>B-2 |
|---|---|---|---|
| 18. What is your child's current status?<br>Visitor | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>11/13/2016 | 20. Is your child in Immigration Court proceedings?<br>☐ Yes   ☒ No | |

**21. If in the U.S., is this child to be included in this application?**  *(Check the appropriate box.)*

☒ Yes  *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

## Part A.II. Information About Your Spouse and Children   (Continued)

| 1. Alien Registration Number (A-Number) (if any) None | 2. Passport/ID Card Number (if any) A15152732 | 3. Marital Status (Married, Single, Divorced, Widowed) Single | 4. U.S. Social Security Number (if any) None |
|---|---|---|---|
| 5. Complete Last Name ATIA | 6. First Name Catrin | 7. Middle Name Ramy Girgis Nasif | 8. Date of Birth (mm/dd/yyyy) 04/17/2012 |
| 9. City and Country of Birth Giza          Egypt | 10. Nationality (Citizenship) Egyptian | 11. Race, Ethnic, or Tribal Group White | 12. Gender ☐ Male   ☒ Female |

**13. Is this child in the U.S.?** ☒ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location): _____

| 14. Place of last entry into the U.S. Los Angeles, CA | 15. Date of last entry into the U.S. (mm/dd/yyyy) 05/14/2016 | 16. I-94 Number (If any) 96303196030 | 17. Status when last admitted (Visa type, if any) B-2 |
|---|---|---|---|
| 18. What is your child's current status? Visitor | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) 11/13/2016 | 20. Is your child in Immigration Court proceedings? ☐ Yes   ☒ No | |

**21. If in the U.S., is this child to be included in this application?** (Check the appropriate box.)

☒ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male   ☐ Female |

**13. Is this child in the U.S.?** ☐ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location): _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes   ☐ No | |

**21. If in the U.S., is this child to be included in this application?** (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male   ☐ Female |

**13. Is this child in the U.S.?** ☐ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location): _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes   ☐ No | |

**21. If in the U.S., is this child to be included in this application?** (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

Form I-589 (Rev. 12/29/14) Y  Page 3

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street (Provide if available) | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 418 N. Hadabet El-Ahram | El-Haram | Giza | Egypt | 01/2013 | 05/2016 |
|  |  |  |  |  |  |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 23592 Windsong | Aliso Viejo | CA | USA | 05/16/2016 | Present |
| 6200 Edinger Ave. | Huntington Beach | CA | USA | 05/14/2016 | 05/16/2016 |
| 418 N. Hadabet El-Ahram | El-Haram | Giza | Egypt | 01/2013 | 05/14/2016 |
| 8 Zaghloul St. | El-Haram | Giza | Egypt | 09/2007 | 12/2012 |
|  |  |  |  |  |  |

3. Provide the following information about your education, beginning with the most recent.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Cairo Uni. - Faculty of Arts | University | Giza, Egypt | 09/2002 | 06/2006 |
| Imbaba High School | High School | Giza, Egypt | 09/1999 | 06/2002 |
| Ibn Khaldoun | Junior High School | Giza, Egypt | 09/1996 | 06/1999 |
| Ibn Khaldoun | Elementary School | Giza, Egypt | 09/1991 | 06/1996 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| Housewife |  | 09    2007 | Present |
|  |  |  |  |
|  |  |  |  |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Huda    Awad EID | Giza, Egypt | ☐ Deceased  Lorton, VA |
| *Father* Sobhy    Mikhael ABDALLAH | Giza, Egypt | ☒ Deceased |
| *Sibling* Evon YOUSSEF | Giza, Egypt | ☐ Deceased  Lorton, VA |
| *Sibling* Amany ABDALLAH | Giza, Egypt | ☐ Deceased  Lorton, VA |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |

- 4 -

## Part B. Information About Your Application

**(NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1.  Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

☐ Race  ☐ Political opinion

☒ Religion  ☒ Membership in a particular social group

☐ Nationality  ☒ Torture Convention

A.  Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No  ☒ Yes

If "Yes," explain in detail:
1.  What happened;
2.  When the harm or mistreatment or threats occurred;
3.  Who caused the harm or mistreatment or threats; and
4.  Why you believe the harm or mistreatment or threats occurred.

> **Please refer to my declaration incorporated herein by reference.**

B.  Do you fear harm or mistreatment if you return to your home country?

☐ No  ☒ Yes

If "Yes," explain in detail:
1.  What harm or mistreatment you fear;
2.  Who you believe would harm or mistreat you; and
3.  Why you believe you would or could be harmed or mistreated.

> **Please refer to my declaration incorporated herein by reference.**

- 5 -

## Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☒ No    ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No    ☒ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

Virgin Mary Church in Eltahrir City, Imbaba, Egypt.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

☐ No    ☒ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

Saint Marina Coptic Orthodox Church, Irvine, CA.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No    ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

Please refer to my declaration incorporated herein by reference.

**- 6 -**

## Part C. Additional Information About Your Application

(NOTE: *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   ☒ No          ☐ Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   ☐ No          ☒ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   ☐ No          ☒ Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

   > 2. A. I had a transit in Amsterdam, Netherlands, for 2 (two) hours.
   >
   > B. My sister, Evon, is a U.S. Citizen.
   > My mother, Huda, is a U.S. LPR.

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   ☒ No          ☐ Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application    (Continued)

4. After you left the country where you were harmed or fear harm, did you return to that country?

☒ No            ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

☒ No            ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

☒ No            ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.



I-589
ABDALLAH, Amira
Sobhy Mikhael

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

*WARNING:* Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | | | Write your name in your native alphabet. |
|---|---|---|---|
| Amira | Sobhy Mikhael | ABDALLAH | أميرة صبحي ميخائل عبدالله |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☒ No  ☐ Yes *(If "Yes," list the name and relationship.)*

_____ _____ _____ _____
*(Name)* *(Relationship)* *(Name)* *(Relationship)*

Did someone other than your spouse, parent, or child(ren) prepare this application?  ☐ No  ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?  ☒ No  ☐ Yes

Signature of Applicant *(The person in Part A.I.)*

[ *Amira* ]                                    06/07/2016
Sign your name so it all appears within the brackets              Date *(mm/dd/yyyy)*

## Part E.  Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | | Print Complete Name of Preparer
Gihan L. Thomas
Law Offices of Gihan Thomas | | |
|---|---|---|---|---|
| Daytime Telephone Number
(310)203-2242 | | Address of Preparer: Street Number and Name
601 W. 5th St. | | |
| Apt. Number
333 | City
Los Angeles | | State
CA | Zip Code
90071 |

**- 9 -**

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are
☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered <u>to were</u> made by me or at my request.
Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

| | |
|---|---|
| _____ | _____ |
| Signature of Applicant | Date *(mm/dd/yyyy)* |
| _____ | _____ |
| Write Your Name in Your Native Alphabet | Signature of Asylum Officer |

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are
☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered <u>to were</u> made by me or at my request.
Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

| | |
|---|---|
| _____ | _____ |
| Signature of Applicant | Date *(mm/dd/yyyy)* |
| _____ | _____ |
| Write Your Name in Your Native Alphabet | Signature of Immigration Judge |

Form I-589 (Rev. 12/29/14) Y  Page 10

## CERTIFICATE OF TRANSLATION

I, **Sally Issa**, am competent to translate from **Arabic** into **English**. I have REVIEWED the translation that was prepared previously, of the following:

**"Amira Abdallah Declaration"**

I certify that the translation is true and accurate to the best of my abilities.

Sally Issa
617-360-1142

My name is Amira Abdallah. I am an Egyptian national who was born in Giza, Egypt. My birth date is April 20, 1985. My family consists of two additional sisters, (Amany and Evon). I am seeking protection because I was mutilated in Egypt. Further, I am a Coptic Orthodox Christian and I have also been subjected to threats on the road because of my visible Christianity. I have a cross tattoo on my right wrist which has caused me to suffer in Egypt.

The mutilation occurred to me at age 9. This occurred when my mother sent me and Evon, my older sister to our paternal grandmother apartment to help her cook and bake. My grandmother lives in a different apartment than ours, in the same building. My paternal grandmother who is very conservative, from Upper Egypt, apparently prepared this procedure to be performed on us without my parents knowledge. She has called my mother earlier and told her that she needs our help, with cooking and baking. My mother agreed and never suspected anything. We were told to go to her apartment and we complied.

When we arrived, my grandmother did not have anything to cook. She asked us to shower and change in a white gown. I was surprised, but, as an eleven (11) years old, I listened to her requests, so did Evon. Evon showered first and I followed her. After showering, we found two ladies in her apartment. We never suspected a thing. She offered them coffee. After that, they were escorted to her bedroom. We saw that they were spreading bed sheets on the ground. They were getting cotton and some bandage outside of a bag. I was surprised. I was standing outside the door of the bedroom, Evon was watching TV.

My grandmother asked Evon to come in. Evon went inside and they locked the bedroom door. I was outside when I heard the screams of Evon inside. I did not know what is happening. I tried to open the main door to leave, but, my grandmother apparently locked the door and took the key. I was trembling in fear and shiver. After 10 minutes, my grandmother came to ask me to come in. When I entered I saw that Evon was placed on the bed and she is not moving. I saw the bed sheet are full of blood. I was screaming and resisted them. One of the ladies asked me to take off the gown. I refused. Then, with the help grandmother, they undressed me and forced me to sleep on the bed sheet on the ground. My grandmother, held my arms. One of the ladies forced open my legs and the third mutilated me. I was mutilated with a scissor. I was screaming and my grandmother tried to stop me by placing her hand on my mouth, so no one hears from the building. I was in a pool of blood. I still had conscious.

The ladies left and I could not move. My grandmother called my father (her son) to come and pick us up as she did not want to face my mother. When my father came, I was crying and Evon was still unconscious. I was bleeding profusely. My father was mad at his mom, for doing this and without taking his consent. I heard an argument ensued. He took me in his arms and carried me upstairs to our apartment. He placed me in bed and returned to pick Evon, who was still unconscious. When my mother saw this, she was screaming. A doctor was called to our apartment immediately to see what us. He prescribed some medications to both of us. My mother, to my knowledge, had a big fight with my grandmother and did not allow her to enter

our home for a year.  She has cut her relationship with her and told my father, that if he speaks to her, that she would separate from him.

As a result of this procedure, I could not urinate or walk.  Two days I could not leave the bed.  I felt a burning sensation and tremendous pain.  I was told to sit in warm water to avoid any complication and help heal the wound, so was Evon.

As a result of this procedure, I hated being a female in Egypt.  I wanted to ensure that I am a man, thus, I always wanted to keep my hair short.  Further, as a result of this procedure, I suffered psychologically and had nightmares.  I saw my sister unconscious and I saw her blood on the sheet, before I suffer her identical fate.  I felt that I was slaughtered.  It was not any different from the cow that is slaughtered.

I became very timid and insecure.  I lost any attraction to the opposite sex.  I got married, through an arranged marriage.  He saw me at church and proposed to marry me.  My father, was then deceased and my mother agreed.

We got married in September 2007.  With the marriage, I felt the adverse effects of the mutilation which became apparent.  I did not enjoy sex, nor did I feel the enjoyment that women speak about.  I had pain during the intercourse.  I remained for one year and seven month, before I became pregnant because of the lack of frequency of the intercourse.  I also developed symptoms of infections that is constant which require some vaginal creams.

I feel depressed because of my ability to enjoy life, as a female.  This procedure kills both spirit and body.  The Coptic Church started to raise awareness about the complications from the FGM, and my grandparents heard it, that is why Amany, my younger sister was not mutilated.

I have fear to return back to Egypt because of my Christianity.  I have a cross tattoo on my right wrist.  My classmates would always mock me because of this cross.  After the revolution, the cross was even more troublesome to me.  When Salafies or Moslem Brotherhood saw my cross, my hair exposed and my attire, they would threaten me and say "Infidel, go to hell".  Other times, they would spit on the ground and ask that I would cover up.  This happened on numerous occasions after the revolution and during the Moslem brotherhood regime.

After Sissi, the situation was not different.  In January 2016, a Moslem sheikh, saw me with my attire and cross, he was holding a wooden stick and he used to physically attack me on my shoulder, while calling me an infidel.  In March 2016, I have a cross hanging from the rear review mirror, one time at a stop light, Salafies made the sign that they he would slaughter me

I have future fear of the kidnap of my girls, which is now on the rise in Egypt to have them convert to Islam.  The Sissi government is not able to control these extremists and the Coptic Christians remain a target from these Moslems.

For all the foregoing reasons, I request asylum in the US.


*Amira*

Amira Abdallah

اسمي أميرة عبد الله ، أنا مواطنة مصرية ولدت في الجيزة بمصر. وتاريخ ميلادي 20 ابريل 1985. اسرتي تتكون من اختين اخرتين امانى وايفون . أنا اطلب الحماية لأنه تم ختانى في مصر، بجانب إننى قبطية ارثوذكسية مسيحية فقد تعرضت للتهديدات في الطريق وذلك لمظهري المميعى. وريووجل وشم صليبى على معصم يدي اليمنى جعلنى اعانى في مصر.

تم ختانى وانا في التاسعة من عمري. حدث ذلك عندما ارسلتنى امى انا وايفون ، اختى الكبيرة ، لشقة جدتى ام والدى لمساعدتها في الطبخ والخبز. جدتى تسكن في شقة اخرى غير شقتنا في نفس العمارة. جدتى ام والدى وهى في محفظة جدا من صعيد مصر . بدا و انها اعدت هذه العملية لتجربنا علينا بدون علم والدينا. طلبت من والدتى قبلها وقالت انها تريد ان نساعدها في الطبخ والخبز . امى وافقت ولم تشتبه ابدا في اي شىء. دعتنا لأن نذهب لشقتها واطعنا.

عندما وصلنا لشقتها لم يكن هناك اي شىء لتطبخه، طلبت مننا ان نستحم ونلبس ثوب ابيض. تفاجئت ولكن كطفلة في التاسعة اصغيت لطلبها وكذلك ايفون. ايفون استحمت اولا وانا ابعتها. وبعد الاستحمام وجدت سيدتين في شقتها، لم نشك في اي شىء. عزمتهم على قهوة. وبعدها اصطحبتهم لغرفة نومها. رأيناهم يفرشون ملايات على الأرض. ويخرجون من حقيبتهم قطن وشاش. كنت متفاجئة. كنت اقف على باب غرفة النوم. وكانت ايفون تشاهد التلفزيون.

طلبت جدتي من ايفون ان تدخل. ايفون دخلت واغلقوا باب الغرفة بالقفل. كنت خارجا وعندها سمعت صراخ ايفون بالداخل. لم اعرف ماذا كان يحدث. حاولت فتح باب الثقة الرئيسي لأغادر ، ولكن على ما كان يبدو ان جدتى اغلقت الباب واخذت المفتاح. كنت ارتجف من الخوف وارتعش. وبعد دقائق جاءت وطلبت منى ان ادخل. وعندما دخلت وجدت ايفون موضوعة على السرير ولا تتحرك. رأيت ملايات السرير مليئة بالدم. كنت اصرخ واقاومهم. احدى السيدات طلبت منى ان لخلع الثوب الابيض. رفضت ، ثم بمساعدة جدتى خلعوا على ملابسى ودفعونى بالقوة لأنام على الملاية على الأرض. جدتى امسكت ذراعيا ، واحدة من السيدات فتحت ارجلى بالقوة والثالثة ختنتنى. كان ختانى بمقص. كنت اصرخ وكانت جدتى تحاول لايقافى بوضع يدها على فمى، ولذلك لم يكن احد يسمع بالعمارة. كنت في حمام دم. كنت لا زلت واعية.

غادرت السيدات ولم اكن استطيع التحرك ، جدتى طلبت والدى (إنها) ليأخذنا ، لم تكن تريد أن تواجه أمى. عندما جاء والدى كنت ابكى وكانت ايفون لا زالت غير واعية. كنت النزف بغزارة. والدى جن على والدته لفعلها ذلك بدون ذلك موافقته. سمعت بعدها جدال. ثم لخذنى على ذراعيها وحملنى وطلع بى السلام إلى شقتنا. وضعنى على السرير وعاد ليأخذ ايفون التى كانت لا زالت غير واعية. عندما رأت والدتى ذلك كانت تصرخ. وطلبوا طبيب لشقتنا فورا لمعرفة ما بنا. وصف بعض الأدوية لكلينا. كما عرفت أن امى عملت مشاجرة كبيرة مع جدتى ، ولم تسمح لها بدخول شقتنا لسنة. وقطعت علاقتها بها. ولخيرت أبى أنه إذا تحدث معها ستنفصل عنه.

ونتيجة لهذه العملية لم اكن استطيع الذهاب للبول او المشي. ولم استطيع مغادرة السرير ليومين. وكنت اشعر بحرقان والم فظيع. وكانوا يجلسونى في مياه دافئة لتجنب اى مضاعفات والمساعدة على التئام الجرح. وكذلك ايفون.

ونتيجة لهذه العملية، كنت اكره كونى فتاة في مصر. وكنت اريد ان اكون كرجل. كنت دائما ابقى شعري قصيرا. بالإضافة وكنتيجة لهذه العملية عانيت فيسيولوجيا وكنت احلم بكرابيس. كنت ارى أختى فاقدة الوعى وكنت ارى دمائها على الملاية. قبل ان اعانى من نفس مصيرها. كنت اشعر انه قد تم ذبحى. لا يوجد فرق بينى وبين البقرة التى يذبحونها.

أصبحت خجولة ولا أشعر بالأمان، فقت أي انجذاب ناحية الجنس الأخر. تزوجت زواج تقليدى. هو رأى في الكنيسة وعرض على الزواج. والدى كان قد توفى ووالدتى وافقت.

تزوجنا في سبتمبر 2007. وبعد الزواج شعرت بالتأثير السلبى للختان الذى اصبح واضحا. لم اكن استمتع بالعلاقة الحميمة. ولم اكن أشعر بالنشوى التى تتحدث عنها السيدات. كنت اشعر بألم في الجماع. وبقيت سنة وسبع شهور قبل أن أصبح حامل. وذلك لقلة تكرار الجماع. كما ظهرت أيضا اصابة والتى تحتاج دائما كريمات مهبلية.

شعرت بالإكتئاب لعدم قدرتى على الاستمتاع بالحياة كأنثى. هذه العملية قتلت في الروح والجسد. الكنيسة القبطية قامت بعمل توعية لأثار الختان. وسمع بها جدى وجدتى. ولذلك لم يتم ختان أختى أمانى الأصغر.

كما اننى اشعر بالخطر اذا عدت إلى مصر بسبب دينى مسيحيتى، انا عندى وشم صليب طى معصمى الأيمن. وكان زملائى في الصف يسخرون منى بسبب صليبى. بعد الثورة أصبح صليبى بسبب مشاكل أكثر. في لحد المرات رأى سلفيين او أخوان مسلمين صليبى

وشعرى المكشوف وملابسى ، هددونى وقالوا لى " كافرة اذهبى إلى الجحيم" . وفى مرات أخرى بصقوا على الأرض وقالوا لى يجب أن تتعجبى. هذا تكرر كثيرا فى اوقات كثيرة بعد الثورة وفى اثناء نظام الاخوان المسلمين.

وبعد السيسى ، الوضع لم يتغير. فى يناير 2016 ، رأى شيخ مسلم بصايبى وملابسى ، وكان يحمل عصابة خشبية ، اعتدى على بها وضربنى على كتفى، وقال لى كافرة. فى مارس 2016 كنت اطلق صليب على المراة الامامية فى سيارتى. وفى اشارة مرورية اشار لى احد السلفيين بشارة انه سيذبحنى.

اشعر بالخطر على بناتى فى المستقبل أن يتم خطفهم، والذي بدأ الآن فى مصر ، لتحويلهم للاسلام. حكومة السيسي غير قادرة على السيطرة على المتطرفين ، ولا زال المسيحين مستهدفين من هؤلاء المسلمين.

لهذه الاسباب السابقة ، اطلب اللجوء للولايات المتحدة الامريكية.

Amira

أميرة عبدالله



NAME: AMIRA ABDALLAH
A-NUMBER: 209089174 RCPT#: ZLA160011321O                          DATE:   6/13/16
      *** ACKNOWLEDGEMENT OF RECEIPT ***                          FORM: I-589
   Your complete Form I-589 asylum application was received and is pending
as of: 6/09/16.  You may remain in the U.S. until your asylum application
is decided. If you wish to leave while your application is pending, you
must obtain advance parole from USCIS.  If you change your address, send
written notification of the change within 10 days to the above address.
You will receive a notice informing you when you and those listed on your
application as a spouse or dependents must appear for an asylum interview.
Bring to the interview 3 copies of documentary evidence of your
relationship to those family members.



RECEIVED
6/16/2016

- 17 -

Exhibit B

U.S. Citizenship and Immigration Services

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Fingerprint Notification | | | NOTICE DATE<br>June 15, 2016 |
|---|---|---|---|
| CASE TYPE<br>I589    Application For Asylum | | | USCIS A#<br>A 209 089 194 |
| RECEIPT NUMBER<br>ZLA1600113210 | RECEIVED DATE<br>June 09, 2016 | PRIORITY DATE<br>June 09, 2016 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
AMIRA SOBHY MIKHAEL ABDALLAH
23592 WINDSONG 37G
ALISO VIEJO CA 92656



lblmlbldlmbdlla

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS SANTA ANA<br>1666 N. MAIN ST.<br>SUITE 100A<br>SANTA ANA CA 927017417 | 06/18/2016<br>to<br>07/02/2016 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization.** You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | APPLICANT COPY |
|---|---|
| |  |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  07/11/14  Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| | | | |
|---|---|---|---|
| Fingerprint Notification | | | **NOTICE DATE**<br>June 15, 2016 |
| **CASE TYPE**<br>I589    Application For Asylum | | | **USCIS A#**<br>A 209 089 197 |
| **RECEIPT NUMBER**<br>ZLA1600113250 | **RECEIVED DATE**<br>June 09, 2016 | **PRIORITY DATE**<br>June 09, 2016 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
CATRIN RAMY GIRGIS NAS ATIA
23592 WINDSONG 37G
ALISO VIEJO CA  92656



ldndldlldllndlllln

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below.  Completion of background identity and security checks is required in order to process your application.

| | | **Hours of Operation** |
|---|---|---|
| **Address** | **14-Day Period** | **CLOSED ON FEDERAL HOLIDAYS** |
| USCIS SANTA ANA | 06/18/2016 | Sat - Sun  Closed |
| 1666 N. MAIN ST. | to | Mon - Fri 8am-3pm |
| SUITE 100A | 07/02/2016 | |
| SANTA ANA CA 927017417 | | |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application.  We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change.  If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address.  The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address.  Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.  If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| | |
|---|---|
| If you have any questions regarding this notice, please call 1-800-375-5283. | APPLICANT COPY<br> |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  07/11/14  Y

- 19 -

U.S. Citizenship and Immigration Services

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | NOTICE DATE<br>June 15, 2016 |
|---|---|---|
| CASE TYPE<br>I589     Application For Asylum | | USCIS A#<br>A 209 089 196 |
| RECEIPT NUMBER<br>ZLA1600113240 | RECEIVED DATE<br>June 09, 2016 | PRIORITY DATE<br>June 09, 2016 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
JOMANA RAMY GIRGIS NAS ATIA
23592 WINDSONG 37G
ALISO VIEJO CA 92656



|..|..|.|.||..|.|..|.|.|.|..

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below.  Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | **Hours of Operation**<br>**CLOSED ON FEDERAL HOLIDAYS** |
|---|---|---|
| USCIS SANTA ANA<br>1666 N. MAIN ST.<br>SUITE 100A<br>SANTA ANA CA 927017417 | 06/18/2016<br>to<br>07/02/2016 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **If you do not bring this letter, you will not be able to have your fingerprints taken.  This may cause a delay in the processing of your application and your eligibility for work authorization.  You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID.  If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity.  Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application.  We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change.  If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33.  Include your name, signature, address, and USCIS A# on any written notice of change of address.  The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address.  Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.  If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | APPLICANT COPY |
|---|---|



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  07/11/14  Y

U.S. Citizenship and Immigration Services                    Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Fingerprint Notification | | NOTICE DATE June 15, 2016 |
|---|---|---|
| CASE TYPE<br>I589    Application For Asylum | | USCIS A#<br>A 209 089 195 |
| RECEIPT NUMBER<br>ZLA1600113230 | RECEIVED DATE<br>June 09, 2016 | PRIORITY DATE<br>June 09, 2016 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
RAMY GIRGIS NASIF ATIA
23592 WINDSONG 37G
ALISO VIEJO CA  92656



You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS SANTA ANA<br>1666 N. MAIN ST.<br>SUITE 100A<br>SANTA ANA CA 927017417 | 06/18/2016<br>to<br>07/02/2016 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization.** You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | APPLICANT COPY |
|---|---|



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  07/11/14  Y

Exhibit C

U.S. Department of Homeland Security
P.O. Box 2003
Tustin CA 92781-2003



U.S. Citizenship
and Immigration
Services

07/21/2021

ABDALLAH, AMIRA
22501 CHASE APT 8113
ALISO VIEJO, CA 92656

Re:  A- 209089194; A- 209089195; A-209089196; A- 209089197

Dear ABDALLAH, AMIRA:

This letter serves as your notification that the Los Angeles Asylum Office received your request to add
your name to the Standby List for an Affirmative Asylum Interview. Your request has been approved
and your name has been added to the Standby List.

As a reminder, you must comply with all requirements outlined on the "REQUEST TO BE ADDED TO
THE LOS ANGELES ASYLUM STANDBY LIST" form to remain eligible for the Standby List.

Failure to comply with these requirements, will result in your removal from the Standby List. Removal
from the Standby List does not impact your eligibility for asylum, and you would be scheduled for an
interview based on USCIS standard prioritization of scheduling cases.

Sincerely,

David M. Radel
Director, Los Angeles Asylum Office

CC    GIHAN THOMAS, ESQ
      930 COLORADO BLVD UNIT 2
      LOS ANGELES, CA 90041

- 22 -

Exhibit D

**From:** Ramy G Atia <ramynasif@gmail.com>
**Sent:** Saturday, September 10, 2022 10:26 AM
**To:** Barile, Cynthia <Cynthia.B@mail.house.gov>
**Subject:** Re: Request for assistance from the office of Rep. Michelle Steel.

Hi Cynthia,

Thanks for your response!

For some reason, I don't get the emails you send via your platform. Can you forward me the original email showing the sender's email? I want to see if Gmail blocks it.

For the response of the Los Angeles Asylum Office, the scheduling priorities they listed are so unfair. They interview the last ones in the queue first, which means we may wait forever.

My family and I just want to live in peace as permanent residents. For six years, we have been working hard, paying our taxes, and don't get any governmental benefits, not even during the pandemic. But we are in danger of losing our jobs because of the long process of renewing our work permits.

We just want a chance to get an asylum interview. I hope the congresswoman can help us with that.

Kind regards,
Ramy

On Wed, Sep 7, 2022 at 7:17 AM Barile, Cynthia <Cynthia.B@mail.house.gov> wrote:

Hello Ramy,

The following email was sent to you on August 29, 2022.

**Cynthia Barile**(assign)

Aug 29 07:55 pm

Dear Ramy,

Please see the response I received from the Los Angeles Asylum Office, USCIS.

***Good Afternoon,***

***Thank you for your inquiry on behalf of your constituent Mr. Ramy Atia (209089195) and his I-589***

- 23 -

2

*Application for Asylum and Withholding of Removal. Please note that due to other urgent USCIS priorities and limited resources, we are still interviewing on a significantly reduced interview schedule until further notice.*

*While we cannot expedite his interview, according to our records, Mr. Atia and his family are currently listed as ACTIVE on our interview standby list. Once his case comes up in the queue, we will contact his attorney to schedule the interview. Until then, Mr. Atia's case is still pending an initial interview for his I-589 Application for Asylum and Withholding of Removal. Unfortunately, as his case falls into our third priority, we do not have a time frame as to when he will receive his interview. Below is a breakdown of our current scheduling priorities:*

*•First priority: Applications that were scheduled for an interview, but the interview had to be rescheduled at the applicant's request or the needs of USCIS.*

*•Second priority: Applications that have been pending 21 days or less. (If there are not enough interview slots to accommodate initial filings, these cases will be moved to the third scheduling priority.)*

*•Third priority: All other pending affirmative asylum applications will be scheduled for interviews starting with newer filings and working back towards older filings.*

Thank you for allowing the office of Rep. Michelle Steel to be of assistance.

Best,



*Cynthia Barile*

Constituent Service Representative

Rep. Michelle Steel, CA48

Office: 714-960-6483

---

**From:** Ramy G Atia <ramynasif@gmail.com>
**Sent:** Tuesday, September 6, 2022 10:42 AM
**To:** Barile, Cynthia <Cynthia.B@mail.house.gov>
**Subject:** Re: Request for assistance from the office of Rep. Michelle Steel.


Hi Cynthia,